RECEIVED

NOV - 8 2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

my name is Phillip James Alexander I was writing You'll, hoping that Some one in yall's Agency Can help me in June 2023 i was at walmart on pinhook road in lafayette La the Cops Came and ask me to leave the property I did i was walking then realized that the bus wasn't running anymore So I retured to walmart the Same two Cops Came and Said phillip I think you are Suffering from bipolar Shitsophrania i Said no im good he Said ima bring you to the hospital to Check You out I Said ok he put me in the Car I Said Sir there a Snake on the ground it Started rapping around my legs thats all i reminber i woke up in ICU my legs were blue my hand was So Swolen It looked like if was About to bust i have no one else to help me with this Situation it was the Second to last time i was at uMc dont remember the exant date

Please give to A fBI Agent
I Have INFO On Murders

my name is phillip James Alexander I was writing you'll hoping Someone in yall's Agency Can help me bring LAfayette Police Department to Justice in June 2023 I was picked up at walmart on pinhook rd when the Cop put me in the Car i Said theres a Snake on the floor it Started rapping around my legs that all I remember I woke up in ICU at umc MY nurse told me Something had bitten me My legs were blue my hands were Swollen this was the Second to last time i was at umc hospital Can Someone please Subpeana the Camera's I Know who was the Source behind this Con Someone please Send a Agent to talk to me im in bossier City Jail i have information on numerous Murders Can you please Send Someone to talk to Me I dont want to write any names because I dont know if this letter will make it out Thanks god bless

It's A deadly gang that terrorizing alot of people are terrified but I have info to Stop them please help me Send an Agent!!!

Phillip Alexander C2 id
2981 old plain Dealing Rd
Plain Dealing LA. 71064

SHREVEPORT LA  710

5 NOV 2024  PM 1

FOREVER / USA

U.S. MARSHAL

THIS LETTER IS BEING MAILED
BY AN INMATE OF THE
BOSSIER MEDIUM SECURITY
FACILITY. THE CONTENTS
HAVE NOT BEEN REVIEWED

R. Clerk of Court
777 florida St
Baton Rouge, LA
70801

70801-171799